JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JACOB TINKER, an individual<br><br>            Plaintiff,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation, and DOES 1 through 10, inclusive,<br><br>            Defendants, | Case No.: **2:24-cv-10369-MAA**<br><br>*Assigned Magistrate Judge: Maria A. Audero*<br><br>**[~~PROPOSED~~] ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: __March 6, 2026_____

By:_____
Hon. Assigned Magistrate Judge
Maria A. Audero

[PROPOSED] ORDER OF DISMISSAL